◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON LATHAN, Appellant. [733 NYS2d 661] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Robbery, 2d Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Kehoe and Burns, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAURICE NANCE, Appellant, v FREDERICK NETZEL, as Superintendent of Erie County Correctional Facility, et al., Respondents. [733 NYS2d 662] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, LaMendola, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Hayes, Wisner, Kehoe and Burns, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONILE L. NEWSOME, Appellant. [733 NYS2d 662] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Kehoe and Burns, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOBBY SHABAZZ, Appellant, v F. McCRAY, as Superintendent of Livingston Correctional Facility, Respondent. [733 NYS2d 662] —Decision and order deemed judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Livingston County, Cicoria, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Hayes, Wisner, Kehoe and Burns, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PARIS STEWARD, Appellant. [733 NYS2d 663] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Attempted Burglary, 2d Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Kehoe and Burns, JJ.